Michael J. Frevola (MJF 8359)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
BROCHART KB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| BROCHART KB, | |
| Plaintiff, | 07 Civ. _____ |
| -against- | **VERIFIED COMPLAINT** |
| VILSONS SHIPPING PVT LTD, | |
| Defendant. | |

Plaintiff, Brochart KB ("Brochart"), by and through its attorneys, Holland & Knight LLP, for its verified complaint against Vilsons Shipping Pvt Ltd ("Vilsons"), alleges, upon information and belief, as follows:

1.     This is a case of admiralty and maritime jurisdiction as hereinafter more fully appears and is a maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2.     At all times material herein, plaintiff Brochart was and is a business entity organized and existing under the laws of Sweden and maintains a place of business at Strandvägen 25 C, 191 35 Sollentuna, Sweden and was the owner of the M/V PONTOKRATIS at all times material to this Complaint.

3.    Upon information and belief, at all times material herein, defendant Vilsons Shipping Pvt Ltd. is a business entity organized and existing under the laws of India, with a principal place of business located at A3 Vilsons Plaza, World Trade Avenue, Tuticorin 628004, India, and was the charterer of the M/V PONTOKRATIS.

4.    During a port call of the M/V PONTOKRATIS at Cochin, India from September 7, 2007 through October 5, 2007, Brochart purchased bunkers on behalf of Vilsons in the amount of US$37,470.

5.    Under an agreement between the parties (the "Agreement"), the amount of US$37,470 should have been reimbursed by Vilsons, and Vilsons has accepted its liability to Brochart as such.

6.    On April 24, 2007 Vilsons provided a partial payment to Brochart in the amount of US$11,876, stating in an email received April 21, 2007:

> Sir,
> Pls find attached tt slip for US$ 11.896 being payment for bunker refund.  The balance will be paid in the next transfer by us in our [sic] before 5th May.  Kindly bear with us the inconveniences which is due to paucity of funds.  Plse note we have no intention to hold your money and will remitted [sic] the balance and close the acct.

A true and correct of the email quoted above is attached as Exhibit 1.

7.    The actual credit to Brochart's bank account was US$11,876.  A true and correct copy of the bank-slip showing the US$11,876 credit to Brochart's bank account is attached as Exhibit 2.

8.    Upon information and belief, the difference between Vilsons' purported payment (US$11,896) and the actual amount credited to Brochart's bank account (US$11,876) was due to fees charged by the bank(s) involved in the transaction.

9.    The bank-slip for the payment of $US11,876 to Brochart states that the remitter is "Vilsons Shipping Pvt Ltd." (Exhibit 2).

10.    In addition, the bank-slip sets forth the purpose of the payment:

> DETAILS OF PAYMENT:
> REFUND OF MONEY FOR SUPPLY OF
> BUNKER TO VESSEL MV PONTOKRATIS
> BNY CUST RRN – FT0704239407400

(Exhibit 2).

11.    Vilson has accepted liability for the costs relating to the purchase of the bunkers in Cochin, India.

12.    Vilson promised to pay the balance owed to Brochart, totaling US$25,594, and then reneged. A true and correct copy of the emails containing Vilsons' promises to pay the outstanding amount due Brochart is attached as Exhibit 3.

13.    Vilsons' refusal to reimburse Brochart for the bunkers Brochart purchased and for which Vilsons is liable constitutes a breach of the Agreement between Vilsons and Brochart.

14.    As a result of the foregoing, Vilsons is liable to Brochart in the principal sum of US$25,594, exclusive of interest, costs and reasonable attorneys' fees. Brochart also is entitled to receive its interest, expenses and reasonable attorneys' fees for prosecuting its claims to completion, which amount is estimated to be $34,223.01, as set forth below:

| | |
|---|---|
| Interest: | $ 4,223.01 ($25,594.00 x 0.0825/year x 2 years) |
| Attorneys' Fees/Expenses: | $30,000.00 |
| Total: | $34,223.01 |

3

15.    Vilsons is not found within the Southern District of New York but does have assets, good or chattels within the jurisdiction, to wit: funds or accounts held in the name (or names) of Vilsons Shipping Pvt Ltd. with, upon information and belief, the following financial institutions:  Bank of America, N.A.; The Bank of New York; Citibank, N.A.; Deutsche Bank Trust Company Americas; HSBC Bank USA, N.A.; JPMorgan Chase Bank, N.A.; UBS AG; Wachovia Bank, N.A.; Société Générale; Standard Chartered Bank; BNP Paribas; Calyon Investment Bank; American Express Bank; Commerzbank; ABN Amro Bank; Bank Leumi USA; Fortis Financial Groups; Banco Popular; or any other financial institution within the Southern District of New York.


**WHEREFORE**, Brochart demands judgment as follows:

1.    That process in due form of law according to the practice of this Court in the form of a writ of maritime attachment be issued against bank accounts and other property of Vilsons Shipping Pvt Ltd. with the financial institutions noted above in paragraph 15;

2.    That Vilsons Shipping Pvt Ltd. and any other person claiming an interest therein may be cited to appear and answer the matters aforesaid;

3.    That judgment be entered in favor of Brochart KB and against Vilsons Shipping Pvt Ltd. in the amount of US$59,817.01 (including estimated interest, expenses and attorneys' fees); and,

4.   That this Court grant Brochart KB such other and further relief which it may deem just and proper.


Dated: New York, New York
       June 4, 2007

                              HOLLAND & KNIGHT LLP

                    By:   _____

                              Michael J. Frevola (MJF 8359)
                              195 Broadway
                              New York, NY 10007-3189
                              Tel:   (212) 513-3200
                              Fax:   (212) 385-9010

                              *Attorneys for Plaintiff*
                              *Brochart KB*

## VERIFICATION

STATE OF NEW YORK          )

                                     :ss.:

COUNTY OF NEW YORK       )

MICHAEL J. FREVOLA, being duly sworn, deposes and says:

       I am a member of the firm of Holland & Knight LLP, counsel for Brochart KB

("Brochart"), plaintiff in the foregoing action. I have read the foregoing Verified Complaint and

know the contents thereof, and the same are true and correct to the best of my knowledge. I have

reviewed documentation provided to me by Brochart and corresponded with Brochart's

representatives regarding this matter. I am authorized by Brochart to make this verification, and

the reason for my making it as opposed to an officer or director of Brochart is that there are none

within the jurisdiction of this Honorable Court.

                                        _____
                                             Michael J. Frevola (MJF 8359)

Sworn to before me this
4th day of June, 2007

_Linda M. Wilkens_

Notary Public

**Linda M. Wilkens**
**Notary Public, State of New York**
**No. 01WI9672455**
**Qualified in Queens County**
**Certificate filed in New York County**
**Commission Expires September 30, 2010 ____**

# 4569683_v1

6

# EXHIBIT 1

**Lasse Brautaset**

| | |
|---|---|
| **From:** | Info Bruker |
| **Sent:** | 25. april 2007 10:02 |
| **To:** | Lasse Brautaset |
| **Cc:** | Anne Mette Mevik |
| **Subject:** | FW: Pontokratis |

**Attachments:** Mail0192.PDF

**From:** Brodln [mailto:chartering@brodin.se]
**Sent:** 25. april 2007 09:58
**To:** Info Bruker
**Subject:** Pontokratis

From:    Olof Brodin (Chartering) AB
         Phone: +46-8-92 68 90
         T-fax:  +46-8-92 67 83
         E-mail: chartering@brodin.se

Attn Lasse Barautaset, pse

M/v *__Pontokratis__*

Ref telcon, we received (21 April) the following e-mail from Messrs Vilson, Cochin, India:

Qte

Sir,
Pse find attached tt slip for US$ 11.896 being payment for bunker refund. The balance will be paid in the next transfer by us in our before 5th May. Kindly bear with us the inconveniences which is due to paucity of funds. Plse note we have no intention to hold your money and will remitted the balance and close the acct.

Regards Celestine

Unquote

There was no tt-slip attached. However we received yesterday the attached bank-slip from Skandinaviska Enskilda Banken advising us of the credit to our bank-account of US$ 11.876 (US$ 20 short, however I suppose that this is due to the fact that the bank(s) must also make living).

25.04.2007

I suggest we now wait until 5 May (which incidentially is a Saturday) and if the balance has not been received by Monday, 7 May Cob Stockholm then let's fire away with the heavy artillery - dont you think?

Kind regards
Akke

# EXHIBIT 2

To:    From:S E B    Fax:    &TOPCALL  at:07-04-24-11:23  Doc:014  Page:001

# S|E|B
SKANDINAVISKA ENSKILDA BANKEN

## Kreditavi / Credit Advice    9993

Vi krediterar ert konto för överföring från nedannämnda uppdragsgivare. Om ni önskar disponera beloppet på annat sätt var god kontakta det kontor som för ert konto.

We credit your account for transfer from the party mentioned below. If you wich to dispose of the account in another way please contact the office carrying the account.

| Ort, datum/ Place, date | Clnr | Verification / Voucher | Ref |
|---|---|---|---|
| STOCKHOLM   07-04-24 | 5841 | 042431359993 | FTS0704239407400 |

| Betalningsmottagare / Beneficiary | Uppdragsgivande bank / Ordering bank |
|---|---|
| BROCHART KOMMANDITBOLAG<br><br>STRANDVÄGEN 25 C<br>191 35   SOLLENTUNA | THE BANK OF NEW YORK<br>US-NEW YORK   N.Y. 10286 |

| Utländskt belopp / Foreign amount | Kurs / Rate | Kontonummer / Account No. | |
|---|---|---|---|
| USD***********11,876,00 | **6,739200 | | |
| **Kronor / SEK** | **Provision / Commision** | **Nettobelopp / Net amount** | **Valutadag / Value Date** |
| ***********80.034,74 | ***60/CH | USD***********11,876,00 | 07-04-24 |
| **Ursprungligt beordrat belopp / Ordered amout** | **Kurs / Rate** | | |
| USD***********11,896,00 | **0,000000 | | |

Meddelande / Message

REMITTER:
VILSONS SHIPPING PVT LTD.

DETAILS OF PAYMENT:
REFUND OF MONEY FOR SUPPLY OF
BUNKER TO VESSEL MV PONTOKRATIS
BNY CUST RRN - FTS0704239407400

| Ert organisations-/ personnummer |
|---|
| 969673-1398 |

0111  060726

**EXHIBIT 3**

**Anders Evje**

| | |
|---|---|
| From: | Vilship Chartering-India (Mr.Celestine) [chartering@vilship.com] |
| Sent: | 8. mai 2007 09:43 |
| To: | Lasse Brautaset |
| Subject: | Re: 20071415 B - Pontokratis |

sir,

remmitances will be sent on 10th may for bunker due as informed by us earlier.

please check ur bank on 11/12th may for remmitances.

tks & rgds celestine

----- Original Message -----
From: "Lasse Brautaset" <lbrautaset@nordisk.no>
To: <vilship@sancharnet.in>; <agency@vilship.com>; <celestine@vilship.com>
Sent: Monday, May 07, 2007 6:05 PM
Subject: 20071415 B - Pontokratis

**Anders Evje**

| | |
|---|---|
| From: | Vilship Chartering-India (Mr.Celestine) [chartering@vilship.com] |
| Sent: | 9. mai 2007 07:50 |
| To: | Lasse Brautaset |
| Subject: | Re: 20071415 B - Pontokratis |

SIR

PLEASE NOTE TOMORROW WE WILL SUBMIT MONEY TO BANK FOR TRANSFER AND THEY WILL DO THE
TRANSFER AND ONCE IT IS DONE A TT SLIP WILL COME. TT IS DONE AT LATE EVENING AND SLIP
GIVEN NEXT DAY. FOR INSTANCES IN THE LAST TRANSFER THEY HAD A LINE PROBLEM AND SWIFT
COULD NOT BE DONE FOR A DAY AND IN THE NEXT DAY THEY SENT IT.

RGDS CELESTINE
----- Original Message -----
From: "Lasse Brautaset" <lbrautaset@nordisk.no>
To: "Vilship Chartering-India (Mr.Celestine)" <chartering@vilship.com>
Sent: Tuesday, May 08, 2007 1:27 PM
Subject: RE: 20071415 B - Pontokratis


Celestine,

Thanks for your message.

Please understand that all I want is to get this matter sorted out with
a minimum of disruption and hassle for all concerned.

We are now in the process of lining up the paperwork to be used to
obtain an attachment order in New York. We would of course like to
suspend this effort if we are assured that the funds will be paid on May
10.

If you want us to suspend any further action, we need to see a copy of
your irrevocable payment instructions to your bank within Thursday May
10. If the funds are transferred as you say you should be in a position
to provide this confirmation to us.

We look forward to resolving this matter as aforesaid.


Lasse Brautaset

Nordisk Legal Services
+47 22 13 56 00 (tel)
+47 91 53 56 04 (mobile)
+47 22 43 00 35 (fax)

E-mail: lbrautaset@nordisk.no


This e-mail and any attachments are confidential and may be legally
privileged. They are intended only for the use of the named recipient.
If you are not the named or intended recipient, please notify us
immediately. In such an event, you should not disclose the contents of
this e-mail or any attachments to any other person, nor copy, print,
store or use them in any manner whatsoever.
The integrity and security of this e-mail cannot be guaranteed on the
Internet. Although we have taken precautions to minimize the risk of
transmitting software viruses, you are advised to carry out your own
virus checks on any attachments to this message. Thank you for your
co-operation.

1

```
-----Original Message-----
From: Vilship Chartering-India (Mr.Celestine)
[mailto:chartering@vilship.com]
Sent: 8. mai 2007 09:43
To: Lasse Brautaset
Subject: Re: 20071415 B - Pontokratis
```

sir,

remmitances will be sent on 10th may for bunker due as informed by us earlier.

please check ur bank on 11/12th may for remmitances.

tks & rgds celestine

```
----- Original Message -----
From: "Lasse Brautaset" <lbrautaset@nordisk.no>
To: <vilship@sancharnet.in>; <agency@vilship.com>;
<celestine@vilship.com>
Sent: Monday, May 07, 2007 6:05 PM
Subject: 20071415 B - Pontokratis
```

2