Michael J. Frevola (MJF 8359)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
BROCHART KB



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BROCHART KB,

    Plaintiff,

-against-

VILSONS SHIPPING PVT LTD.,

    Defendant.

07 Civ. _____ ( )

**CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

    I, Michael J. Frevola, attorney for Brochart KB, having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

    Brochart KB is a privately owned company, is not publicly traded, and has no parent company.

Dated:   New York, New York
           June 4, 2007

                            HOLLAND & KNIGHT LLP

                            By: _____
                            Michael J. Frevola (MJF 8359)
                            195 Broadway
                            New York, NY 10007-3189
                            Tel:   (212) 513-3200
                            Fax:  (212) 385-9010
                            *Attorneys for Plaintiff*

# 4577247_v1