Michael J. Frevola (MJF 8359)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
BROCHART KB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BROCHART KB,

    Plaintiff,

-against-

VILSONS SHIPPING PVT LTD.,

    Defendant.

**JUDGE DANIELS**

**07 CIV 4729**

**ORDER APPOINTING
PERSON TO
SERVE PROCESS**

**UPON** application of Brochart KB for an Order appointing Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and Rapid and Reliable Attorney Service, or any one of them, to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the garnishees herein, and it appearing that Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and representatives of Rapid and Reliable Attorney Service are qualified persons over 18 years of age, and are not a party to or an attorney in this action, and that substantial savings in travel fees will result from such appointment, it is

**ORDERED** that Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas and Rapid and Reliable Attorney Service hereby are each appointed to serve the Writ and Order of



Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the garnishees herein.

Dated:   New York, New York
         June ____, 2007

SO ORDERED

_____
U.S.D.J.   JUN 0 5 2007
GEORGE B. DANIELS

# 4583469_v1