CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| BROCHART KB, | : | |
| | : | |
| Plaintiff, | : | **07-CV-4729** |
| | : | |
| v. | : | **NOTICE OF** |
| | : | **APPEARANCE** |
| VILSONS SHIPPING PVT LTD., | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York

Branch.  I certify that I am admitted to practice before this Honorable Court.


Dated: North Bergen, New Jersey
       July 5, 2007

                                        CLARK, ATCHESON & REISERT
                                        Attorneys for Garnishee
                                        Societe Generale New York Branch


            By:  _____
                 Richard J. Reisert (RR-7118)
                 7800 River Road
                 North Bergen, NJ  07047
                 Tel: (201) 537-1200
                 Fax: (201) 537-1201
                 Email:  reisert@navlaw.com