# Holland & Knight

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189

www.hklaw.com



Michael J. Frevola
212 513 3514
michael.frevola@hklaw.com

August 3, 2007

**BY TELEFAX (212-805-6737)**

The Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

                Brochart KB v. Vilsons Shipping PVT, Ltd.
                SDNY Docket #: 07 Civ. 4729 (GBD)

Honorable Sir:

      We represent plaintiff Brochart KB ("Plaintiff") in the referenced matter. We write to request that the Court adjourn the pre-trial conference presently scheduled for August 16, 2007 for the reasons provided below.

      Plaintiff requests the adjournment of next week's conference because the defendant has not yet appeared in this proceeding. Plaintiff, however, was notified approximately three weeks ago by garnishee banks of the attachment of funds that constitute approximately 60% of the principal amount of Plaintiff's claim. Plaintiff notified Defendant of that attachment two weeks ago in accordance with Local Rule B.2. In light of these events, it is quite possible that Defendant will make an appearance in the near future, and an adjournment of several weeks may result in both parties being in attendance. For Your Honor's guidance, Plaintiff has not previously requested an adjournment.

      Additionally, the undersigned has a scheduling conflict, in that he is scheduled to be in Lake George on vacation that week.

Atlanta · Bethesda · Boston · Chicago · Fort Lauderdale · Jacksonville · Los Angeles · Miami · New York
Northern Virginia · Orlando · Portland · San Francisco · Tallahassee · Tampa · Washington, D.C. · West Palm Beach
Beijing · Caracas* · Helsinki* · Mexico City · Tel Aviv* · Tokyo · *Representative Office



2 - The Honorable George B. Daniels
August 3, 2007

We respectfully suggest that Plaintiff could provide a status report to Your Honor on Wednesday, October 10, 2007 in the event that Defendant has not yet appeared by that date. Should Defendant appear before that time, we will contact Defendant's counsel and jointly call chambers to schedule a conference. If Plaintiff's suggestion pleases the Court, we have provided a "So Ordered" line for the Court's endorsement at the bottom of this letter.

We look forward to receiving Your Honor's decision in due course.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: [signature]

Michael J. Frevola

MJF/lk
Encs.

SO ORDERED:
AUG 0 6 2007

[signature] George B. Daniels
U.S.D.J.                    Date

#4712154_v1        HON. GEORGE B. DANIE