# Holland · Knight

Tel  212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com



Michael J. Frevola
212 513 3516
michael.frevola@hklaw.com

June 11, 2008

**BY TELEFAX (212-805-6737)**

The Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Brochart KB v. Vilsons Shipping PVT, Ltd.
SDNY Docket #: 07 Civ. 4729 (GBD)

Honorable Sir:

    We are counsel for Plaintiff in the referenced matter. We refer to our letter to Your Honor, which Your Honor endorsed, setting tomorrow as a control date for this matter while the parties complete settlement of this matter.

    Since our last letter, we have proposed to Defendant to send us a letter confirming that Plaintiff may request this Court to dismiss this matter and direct release of the attached funds to Plaintiff in settlement of Plaintiff's claims. This would obviate a default judgment application. We are awaiting that letter from Defendant, which we hope to receive in the near future and then file the aforementioned request for a dismissal order.

    If the foregoing is acceptable to Your Honor, it is respectfully requested that the Court reschedule the conference with Thursday, July 17, 2008 as a control date for purposes of monitoring the parties' settlement. It is our intention that, before such control date, we will have a settlement agreement in place that will result in a proposed order to Your Honor to dismiss this proceeding.

Atlanta · Bethesda · Boston · Chicago · Fort Lauderdale · Jacksonville · Los Angeles · Miami · New York
Northern Virginia · Orlando · Portland · San Francisco · Tallahassee · Tampa · Washington D.C. · West Palm Beach
Beijing · Caracas* · Helsinki* · Mexico City · Tel Aviv* · Tokyo · *Representative Office

2 -   The Honorable George B. Daniels
      June 11, 2008

     Should Your Honor agree with our proposal, we have provided a So Ordered line below for Your Honor's endorsement. We thank Your Honor for his attention to this matter.

                                              Respectfully submitted,

                                              HOLLAND & KNIGHT LLP

                                              By: *[signature]*

                                              Michael J. Frevola

MJF/mf

**SO ORDERED:**

*[signature: George B Daniels]*
_____
U.S.D.J.
**HON. GEORGE B. DANIELS**

Date
JUN 1 2 2008

# 5399318_v1